**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> VS. <br><br> **AMY RONEY,** <br><br> **Defendant** | NO. 5: 08-CR-59 (CAR) <br><br> **VIOLATIONS: Drug Related** |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), the undersigned this day considered at the Initial Appearance Hearing the request of the government to detain defendant AMY RONEY. The defendant was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Charles L. Calhoun. Based upon the evidence proffered to the court by counsel for the government and taking judicial notice of the findings made by the undersigned in an order entered September 3, 2008 in Case No. 5:08-MJ-08-09 (CWH), I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☒ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☒ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the court's order of September 3, 2008, in Case No. 5:08-MJ-08-09 (CWH), establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of the defendant or the safety of the community were defendant RONEY to be released from custody at this time. The offenses charged against her are serious drug felonies for which long-term incarceration can be expected if she is convicted. Her estimated federal sentencing guideline range computed by the U. S. Probation Office is 51 months to 63 months to be served in prison. Defendant RONEY possesses a criminal arrest and conviction record going back to 2002 which includes convictions in July of 2005 in Alachua County, Florida for both fraud and drug offenses. Thereafter, she was convicted in 2005 in the U. S. District Court for the Northern District of Florida of the offenses of POSSESSION OF STOLEN MAIL and CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICE.

At the time of the offenses alleged in the indictment herein, defendant RONEY was on supervised release in said federal case. There is currently pending before the court an AMENDED PETITION FOR ACTION OF SUPERVISED RELEASE for which defendant RONEY has been temporarily detained pending a Final Revocation Hearing.

For the foregoing reasons, the undersigned finds that defendant RONEY would pose both a serious risk of flight and a serious danger to the community were she to be released from custody. She has exhibited a continuous pattern of arrests from 2002 to the present, primarily involving forgery and drugs. She has a very serious drug addiction problem. Pretrial detention is thus mandated. IT IS SO ORDERED AND DIRECTED.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 20th day of OCTOBER, 2008.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**